# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| DELONTAE HAGWOOD, | : | Case No. 1:20-cv-176 |
| Plaintiff, | : | Judge Timothy S. Black |
| vs. | : | Magistrate Judge Karen L. Litkovitz |
| WARDEN RONALD ERDOS, *et al.*, | : | |
| Defendants. | : | |

## DECISION AND ENTRY
## ADOPTING THE REPORT AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE (Doc. 4) AND
## TERMINATING THIS CASE IN THIS COURT

This case is before the Court pursuant to the Order of General Reference to United States Magistrate Judge Karen L. Litkovitz. Pursuant to such reference, the Magistrate Judge reviewed the pleadings and, on May 11, 2020, submitted a Report and Recommendation (Doc. 4), recommending that this case be dismissed for lack of prosecution. No objections were filed.

As required by 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), the Court has reviewed the comprehensive findings of the Magistrate Judge and considered *de novo* all of the filings in this matter. Upon consideration of the foregoing, the Court finds that the Report and Recommendation should be and is hereby adopted in its entirety.

Accordingly:

1. The Report and Recommendation (Doc. 4) is **ADOPTED**;

2. This case is **DISMISSED** for lack of prosecution;

3. The Clerk shall enter judgment accordingly, whereupon this case is **TERMINATED** from the docket of the Court; and

4. Pursuant to 28 U.S.C. § 1915(a)(3), the Court certifies that an appeal of this Order would not be taken in good faith and, therefore, the Court **DENIES** Plaintiff leave to appeal *in forma pauperis*.

**IT IS SO ORDERED.**

Date:   6/8/2020                                        *s/Timothy S. Black*
Timothy S. Black
United States District Judge